CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE
OCT 20 2011
JULIA C. ... CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARK SMYTH,<br>　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | Criminal Action No. 3:07-cr-00010<br><br>By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is **ORDERED** that Mark Smyth's § 2255 petition (Dkt. # 391) be **DISMISSED**, that a certificate of appealability be **DENIED**, and that this case be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered: October 20, 2011

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge